# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 9, 2016

**BY HAND**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States District Court
500 Pearl Street
New York, NY 10007

RECEIVED SEP 12 2016 U.S.D.C. - S.D.N.Y.

Re: **United States v. John Brancaccio**
    **11 Cr. 12 (RMB)**

Dear Judge Berman:

I have received a copy of John Brancaccio's *pro se* motion. I write to inform the Court that I have nothing to add to his *pro se* motion.

Respectfully,

Jennifer L. Brown
Attorney-in-Charge
Federal Defenders of New York
(212) 417-8722

cc: James McDonald, United States Attorneys' Office

    Mr. John Brancaccio