UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                           Government,       :       11 CR. 12 (RMB)
                                           :
          - against -                    :       **ORDER**
                                           :
JOHN BRANCACCIO,                           :
                           Defendant.        :
---------------------------------------------------------------x

      The supervised release hearing previously scheduled for Monday, March 6, 2023 at 9:00 A.M. is hereby rescheduled to Wednesday, March 29, 2023 at 9:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 653 280 151#

Dated: February 23, 2023
       New York, NY

                                              _____
                                              **RICHARD M. BERMAN**
                                                     **U.S.D.J.**