UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                    Government,           :       11 CR. 12 (RMB)
                                          :
          - against -                     :       **ORDER**
                                          :
JOHN BRANCACCIO,                          :
                    Defendant.            :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, May 1, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

   Dial-in Number: (646) 453-4442
   Conference ID: 526 239 632#

Dated: April 26, 2023
       New York, NY

                                                _____
                                                **RICHARD M. BERMAN**
                                                       **U.S.D.J.**