UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 11 CR. 12 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| JOHN BRANCACCIO, | : | |
| Defendant. | : | |

------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, July 13, 2023 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 343 554 197#

Dated: July 5, 2023
       New York, NY

_____
**RICHARD M. BERMAN
U.S.D.J.**