**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                 Government,           :        11 CR. 12 (RMB)
                                             :
        - against -                       :        **ORDER**
                                             :
JOHN BRANCACCIO,                             :
                 Defendant.            :
-----------------------------------------------------------------x

The supervised release hearing previously scheduled for Thursday, October 12, 2023 at 9:00 A.M. is hereby rescheduled to Monday, October 30, 2023 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 379 648 593#

Dated: October 2, 2023
       New York, NY

                                                          */s/ Richard M. Berman*
                                                   **RICHARD M. BERMAN**
                                                        U.S.D.J.