**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                         Government,   :   11 CR. 12 (RMB)
                                           :
        - against -                      :   **ORDER**
                                           :
JOHN BRANCACCIO,                           :
                         Defendant.    :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, December 14, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 784 944 126#

Dated: December 6, 2023
       New York, NY

                                             *Richard M. Berman*
                                         **RICHARD M. BERMAN**
                                                **U.S.D.J.**