UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                   :
                                            :
                    Government,   :   11 CR. 12 (RMB)
                                            :
        - against -                       :   **ORDER**
                                            :
JOHN BRANCACCIO,                            :
                    Defendant.    :
-------------------------------------------------------------x

       The supervised release hearing is scheduled for Thursday, March 14, 2024 at 10:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 988 977 075#

Dated: March 7, 2024
       New York, NY

                                                       _____
                                                           **RICHARD M. BERMAN**
                                                                 **U.S.D.J.**