UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,     :
                                                           :
                            Government,     :        11 CR. 12 (RMB)
                                                           :
              - against -                     :        **<u>ORDER</u>**
                                                           :
JOHN BRANCCCIO,                       :
                                               Defendant.     :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, May 23, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 703 488 717#

Dated: May 15, 2024
       New York, NY

                                                          */s/ Richard M. Berman*
                                                     **RICHARD M. BERMAN**
                                                                 **U.S.D.J.**