UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :
                    Government,           :      11 CR. 12 (RMB)
                                    :
      - against -                :      **ORDER**
                                    :
JOHN BRANCACCIO,                    :
                                    :
                    Defendant.            :
------------------------------------------------------------x

The supervised release hearing is scheduled for Tuesday, October 1, 2024 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 112 486 896#

Dated: September 25, 2024
      New York, NY

*Richard M. Berman*
**RICHARD M. BERMAN**
**U.S.D.J.**